■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMBER MARACLE, Appellant. (Appeal No. 2.) [947 NYS2d 356]—

Same memorandum as in *People v Maracle* (97 AD3d 1165 [2012]). Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.